# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELISA JENRETT,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendant(s).

Case No. 2:24-cv-00002-APG-NJK

**Order**

[Docket No. 18]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*, which appears to have been filed in this removed case in relation to the need to effectuate service. Docket No. 18. Defendants Clark County School District, Sara Friedman, Paul Hernandez, and David Monroe have now filed a waiver of service. Docket No. 21. Accordingly, the application to proceed *in forma pauperis* is **DENIED** as moot.

Defendants Clark County School District, Sara Friedman, Paul Hernandez, and David Monroe must respond to the complaint by <u>July 1, 2024</u>.[1]

IT IS SO ORDERED.

Dated: May 15, 2024

                                          Nancy J. Koppe
                                          United States Magistrate Judge

---

[1] The notice of waiver appears to contemplate a later deadline, *see* Docket No. 21 at 1, but the time for responding to the complaint is 60 days from the date the order on waiver was issued. *See* Fed. R. Civ. P. 4(d)(3).

1