# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELISA JENRETT,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00002-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Although Defendants filed motions to dismiss, Docket No. 23, a request to stay discovery has also not been filed, *cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). If Defendants seek a stay of discovery, they must file a motion seeking such relief by August 6, 2024. If such a motion is filed, discovery will be stayed on an interim basis pending resolution of that motion. If such a motion is not filed, a joint discovery plan must be filed by August 13, 2024.

    IT IS SO ORDERED.

    Dated: July 29, 2024

                                                                                Nancy J. Koppe<br>                                                          United States Magistrate Judge