# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISA JENRETT,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00002-APG-NJK<br><br>**Order**<br><br>[Docket No. 29] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 15.[1] Plaintiff filed a response regarding her evidence. Docket No. 30.[2] The Court has considered the governing test, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), and finds that a stay of discovery is warranted. Accordingly, the Court **GRANTS** the motion to stay discovery pending resolution of the motion to dismiss. In the event the underlying motion to dismiss is not granted in full, a joint status report or joint discovery plan must be filed within 14 days of the resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated: August 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion to dismiss has been fully briefed. Docket Nos. 23, 24 (errata), 26, 27.

[2] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1